**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASES NO.  4:13cr6-RH/CAS
                                                                           4:14cv163-RH/CAS

ADAM ARNOLD,

       Defendant.

_____/

**<u>ORDER GRANTING THE § 2255 MOTION IN PART</u>**

The defendant Adam Arnold pleaded guilty and received a favorable

sentence.  No notice of appeal was filed on Mr. Arnold's behalf.  Mr. Arnold now

has moved for relief under 28 U.S.C. § 2255, asserting, among other things, that he

told his attorney to file a notice of appeal.   The § 2255 motion is before the court

on the magistrate judge's report and recommendation.  ECF No. 49.  No objections

have been filed.

Based on the magistrate judge's findings of fact,

IT IS ORDERED:

1.      The § 2255 motion, ECF No. 32, is granted in part.

2.      The original judgment, ECF No. 22, is vacated.

3.      An amended judgment is being separately entered.

4.      All other claims in the § 2255 motion are denied without prejudice.

5.      The clerk must file for the defendant a notice of appeal from the

amended judgment.

6.      The defendant's appointed attorney Mutaqee Naim Akbar remains the

defendant's attorney of record, including for purposes of appeal.

SO ORDERED on January 28, 2015.

s/Robert L. Hinkle                                
United States District Judge